Ralph Harman Booth, Respondent, v. Edward H. Litchfield and Others, Appellants.— Determination affirmed, with costs. No opinion. (Laughlin and Houghton, JJ., dissenting.)

Abraham Wolff, Respondent, v. Isaac Breakstone, Appellant, Impleaded with Joseph Breakstone.— Judgment and order affirmed, with costs. No opinion.

Vincenzo Piazza, Appellant, v. George Sykes, Respondent.— Judgment affirmed, with costs. No opinion. (Laughlin, J., dissenting.)

Cecelia G. Wagner, as Executrix, Appellant, v. Farmers' Loan and Trust Company, Respondent.— Judgment affirmed, with costs. No opinion. (Houghton, J., dissenting.)

In the Matter of J. Sergeant Cram.— Order affirmed.

---

## Fourth Department, October, 1909.

Frank L. Myers, Respondent, v. Hattie Burge Brick, Sometimes Called Hattie Burge Myers, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Spring, J., who dissented.

Eva Henson, as Administratrix, etc., of William S. Henson, Deceased, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Order modified by requiring the plaintiff to pay, in addition to the amount of costs awarded at the Special Term, costs in the Appellate Division and the Court of Appeals, and as so modified affirmed, without costs of this appeal to either party. All concurred, except Robson, J., who dissented and voted for affirmance.

Minnie L. Travis, Respondent, v. Herman J. Westwood, Appellant, Impleaded with William P. Tibbetts and Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Buffalo Fire Office, Incorporated, Appellant, v. Moore & Muir Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Charles Kuhn, Respondent, v. Baldwins Bank of Penn Yan, New York, and Jacob Davis, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Lackawanna Steel Company, Respondent, v. Pioneer Steamship Company, Appellant, Impleaded with Hand & Johnson Tug Line. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

Lackawanna Steel Company, Respondent, v. The Pioneer Steamship Company, Defendant, Impleaded with Hand & Johnson Tug Line, Appellant. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

Knowlton Mixer, Appellant, v. James N. Adam, as Mayor of the City of Buffalo, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John H. Foley, Respondent, v. Utica Sanitary Milk Company, Appellant.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented.

Anna Smith, as Administratrix, etc., of Augustin Smith, Deceased, Plaintiff, v. Caroline B. Woodruff and Others, as Executors, etc., of Nelson Beardsley,